BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA KARINA GONZALEZ MIRANDA, et. al., <br><br> Plaintiff, <br><br> v. <br><br> Janet Napolitano, Secretary of Homeland Security, et al. <br><br> Defendants. | No. 1:10-cv-02060 OWW SKO <br><br> STIPULATION AND ORDER RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER |

    This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications for an I-130 visa and to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until February 7, 2011.

Dated: January 7, 2011

                                      BENJAMIN B. WAGNER
                                      United States Attorney

            By:    /s/Audrey Hemesath
                    Audrey B. Hemesath
                    Assistant U.S. Attorney
                    Attorneys for the Defendants

By:    /s/ Jeremy Clason
       Jeremy Clason
       Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to February 7, 2011.  The status conference date, currently set for April 27, 2011, is to remain unchanged.

IT IS SO ORDERED.

**Dated:   January 11, 2011**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE