UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
GONZALEZ MIRANDA et al.,        )
                                )   1:10-CV-02060 OWW SKO
                                )
            Plaintiffs,         )
                                )
      v.                        )   ORDER DISMISSING ACTION
                                )
NAPOLITANO, et al.              )
                                )
                                )
            Defendants.         )
                                )
_____)
```

    Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

    IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:  February 10, 2011**          **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE